MICHAEL C. PHILLIPS APC (Bar No. 48473)
mcp@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant INDEMNITY INSURANCE COMPANY OF NORTH AMERICA

FILED
07 MAY 23 PM 1:17
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DOES 1 TO 20 <br><br> Defendant. | CASE NO. C 07 2721 EDL <br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> Trial Date:    None |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND THE PLAINTIFF HEREIN:**

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA ("INDEMNITY")**, certifies that the following listed parties may have a (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

///
///
///
///

631203.1 5494.127

CERTIFICATE OF INTERESTED PARTIES

ORIGINAL

1.     Plaintiff **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**.

2.     Defendant **INDEMNITY**, a Philadelphia corporation – issuer of policy.

DATED: May 22, 2007           ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Michael C. Phillips PAC
Attorneys for Defendant INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

631203.1 5494.127

2
CERTIFICATE OF INTERESTED PARTIES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

On May 22, 2007, I served the following document(s) described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Michael P. O'Bresly, Esq.                                Attorney for plaintiff
Law Offices of Michael P. O'Bresly
1300 Clay Street, 11th Floor
P.O. Box 21303
Oakland, CA 94620
Telephone: (510) 350-8332
Facsimile: (510) 225-2600

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on May 22, 2007, at Los Angeles, California.

*/s/ Maureen Allen*
Maureen Allen

633679.1 5494.127