1 | Michael P. O'Bresly SBN 165512
Law Office of Michael O'Bresly
2 | 1300 Clay Street, 11th Floor
Oakland, California 94612
3 | Tel: (510) 350-8332
Fax: (510) 255-2600
4 |
Attorney for Plaintiff
5 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DOES 1 TO 20, <br><br> Defendants. | Case No.: C 07 2721 EDL <br><br> DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE THEREON |

Comes now Plaintiff, The Regents of the University of California, and demands trial by jury in this matter on all issues.

Respectfully Submitted,
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

Date: June 6, 2007

By: /s/ Michael P. O'Bresly
Michael P. O'Bresly
Attorney for Plaintiff

C 07 2721 EDL
JURY DEMAND - 1

CERTIFICATE OF SERVICE

I, Michael P. O'Bresly, not a party to this action, certify that on this 6th day of June, 2007, I caused a copy of Plaintiff's DEMAND FOR JURY TRIAL to be mailed, first class postage prepaid, to counsel for defendant, addressed as follows:

Michael C. Phillips
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles CA 9071-2901

_____
Michael P. O'Bresly

C 07 2721 EDL
JURY DEMAND - 2