**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

        Plaintiff,

    v.

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

        Defendant.
    _____/

No. C-07-02721 EDL

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The motion hearing set for July 24, 2007 and the Case Management Conference previously scheduled for August 28, 2007, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: June 15, 2007

Richard W. Wieking, Clerk
United States District Court

By: Lili M. Harrell
Deputy Clerk