**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking     General Court Number
Clerk                  415.522.2000

**June 18, 2007**

**CASE NUMBER:  CV 07-02721 EDL**
**CASE TITLE:  REGENTS OF THE UNIVERSITY OF CA-v-INDEMNITY INS. CO.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/18/07

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 06/18/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA