1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CLERK'S NOTICE TO ALL PARTIES WITH HEARINGS SET FOR JULY 25, 2007 AT 9:00 A.M.

YOU ARE HEREBY NOTIFIED that due to the court's voluminous civil law and motion calendar on July 25, 2007 at 9:00 a.m. , the HONORABLE PHYLLIS J. HAMILTON will impose time limits of no more than 10 minutes per side for oral argument.  Please arrange any oral argument that will be presented to the court around the above referenced time limit.   The opposition to any motion set for hearing on July 25, 2007 shall be filed no later that July 5, 2007.  The reply to any such opposition shall be filed no later than July 11, 2007.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: June 27, 2007