1  Michael P. O'Bresly SBN 165512
   LAW OFFICE OF MICHAEL P. O'BRESLY
2  1300 Clay Street, 11th Floor
   Oakland, California 94612
3  Tel: (510) 350-8332
   Fax: (510) 255-2600
4
   Attorney for Plaintiff
5  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

6

7

8
                   UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11 THE REGENTS OF THE                  ) Case No.: C 07 2721 PJH
   UNIVERSITY OF CALIFORNIA,           )
12                                     )
            Plaintiff,                 ) **[PROPOSED]**
13                                     )
                                       ) **ORDER DENYING DEFENDANT**
14     vs.                             ) **INDEMNITY INSURANCE**
                                       ) **COMPANY's MOTION TO**
15                                     ) **TRANSFER VENUE**
   INDEMNITY INSURANCE                 )
16 COMPANY OF NORTH AMERICA,           ) Hearing Date:   July 25, 2007
   DOES 1 TO 20,                       ) Time:           9:00 a.m.
17                                     ) Courtroom:      3
            Defendants.                )
18                                     ) Assigned to the Honorable Phyllis J.
                                       ) Hamilton
19

20
       The motion of defendant Indemnity Insurance Company of North America
21
   ("Indemnity") for an order transferring this matter to the Central District of
22
   California, under 28 U. S. C. Section 1404, was heard at the above-noted date and
23
   time.  Having considered the parties' papers and arguments, the Court finds that
24
   Indemnity has not demonstrated that the interests of convenience to the parties and
25

Regents of the University v. Indemnity Insurance (N. D. Cal. Number C 07 2721)
[Proposed] Order Denying Indemnity's Motion to Transfer Venue
Page 1 of 2

1  witness and the interests of justice would strongly favor moving the venue of this
2  matter to the Central District.  *See, e.g., Decker Coal Co. v. Commonwealth Edison*
3  *Co.*, 805 F. 2d 834, 843 (9th Cir. 1985).  Accordingly, venue will remain in the
4  Northern District.
5       Indemnity's motion is DENIED.
6       It is so ordered.

       DATED:

                                              _____
                                              Hon. Phyllis J. Hamilton
                                              Judge, United States District Court

Regents of the University v. Indemnity Insurance (N. D. Cal. Number C 07 2721)
[Proposed] Order Denying Indemnity's Motion to Transfer Venue
Page 2 of 2