1  Michael P. O'Bresly SBN 165512
   LAW OFFICE OF MICHAEL P. O'BRESLY
2  1300 Clay Street, 11th Floor
   Oakland, California 94612
3  Tel: (510) 350-8332
   Fax: (510) 255-2600
4
   Attorney for Plaintiff
5  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11 | THE REGENTS OF THE               ) Case No.: C 07 2721 PJH
   | UNIVERSITY OF CALIFORNIA,        )
12 |                                  )
   |        Plaintiff,                ) **CERTIFICATE OF SERVICE OF**
13 |                                  ) **REGENTS' MEMORANDUM AND**
   |   vs.                            ) **SUPPORTING PAPERS IN**
14 |                                  ) **OPPOSITION TO INDEMNITY**
   |                                  ) **INSURANCE COMPANY's**
15 | INDEMNITY INSURANCE              ) **MOTION TO TRANSFER VENUE**
   | COMPANY OF NORTH AMERICA,        )
16 | DOES 1 TO 20,                    ) Hearing Date:   July 25, 2007
   |                                  ) Time:           9:00 a.m.
17 |        Defendants.                ) Courtroom:      3
   |                                  )
18 |                                  ) Assigned to the Honorable Phyllis J.
   |                                  ) Hamilton
19

20
        I, Michael P. O'Bresly, certify that on July 5, 2007, I caused copies of the
21
   following documents to be delivered to Michael C. Phillips, counsel of record for
22
   defendant Indemnity Insurance Company of North America, via E-mail and via
23
   first class mail, postage pre-paid, at his address of record:
24

25

Regents of the University v. Indemnity Insurance (N. D. Cal. Number C 07 2721)
Certificate of Service of Regents' Papers in Opposition to Indemnity's Motion to Transfer Venue
Page 1 of 2

1.    1.     Regent's Memorandum of Points and Authorities in opposition to Indemnity's motion to transfer venue;

2.    2.     Declaration of Gary Leonard in support of Regents' opposition to Indemnity's Motion to transfer venue;

3.    3.     Declaration of Michael P. O'Bresly in support of Regents' opposition to Motion to transfer venue;

4.    4.     Regents' [proposed] Order denying Indemnity's Motion to transfer venue.

DATED: July 5, 2007                        /S/ *Michael P. O'Bresly*

                                                                          Michael P. O'Bresly

Regents of the University v. Indemnity Insurance (N. D. Cal. Number C 07 2721)
Certificate of Service of Regents' Papers in Opposition to Indemnity's Motion to Transfer Venue
Page 2 of 2