1  Michael P. O'Bresly SBN 165512
   LAW OFFICE OF MICHAEL P. O'BRESLY
2  1300 Clay Street, 11th Floor
   Oakland, California 94612
3  Tel: (510) 350-8332
   Fax: (510) 255-2600
4
   Attorney for Plaintiff
5  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11 | THE REGENTS OF THE            ) Case No.: C 07 2721 PJH
   | UNIVERSITY OF CALIFORNIA,     )
12 |                               ) **[PROPOSED]**
   |        Plaintiff,             )
13 |                               ) ORDER GRANTING
   |                               ) PLAINTIFF REGENTS OF THE
14 |    vs.                        ) UNIVERSITY OF CALIFORNIA'S
   |                               ) MOTION TO REMAND ACTION TO
15 |                               ) STATE COURT
   | INDEMNITY INSURANCE           )
16 | COMPANY OF NORTH AMERICA,     )
   | DOES 1 TO 20,                 ) Hearing Date:   August 15, 2007
17 |                               ) Time:           9:00 a.m.
   |        Defendants.            ) Courtroom:      3
18 |                               )
   |                               ) Assigned to the Honorable Phyllis J.
19 | _____ ) Hamilton

20
      The Plaintiff Regents' Motion for an Order remanding this action to
21
   Superior Court of the State of California, in and for the County of Alameda, came
22
   on for hearing at the above-noted date and time. After considering the papers and
23

24

25

arguments submitted by counsel, and good cause appearing, the Court GRANTS the motion.

This action was removed on the basis of alleged diversity jurisdiction. As such, it must be shown that this action involves a case or controversy between citizens of different states. However, the plaintiff Regents is not "citizen" of a state. Rather, the Regents is a branch of the government of the State of California. *Regents of the University of California v. Doe*, 519 U.S. 425, 430-31 (1997) (finding 11th amendment immunity); *Regents of the University of California v. City of Santa Monica* (1978) 77 Cal. App. 3d 130, 136. The United Supreme Court has recognized that a state itself is not a "citizen" of a state so as to confer diversity jurisdiction. *Postal Telegraph Cable Co. v. Alabama*, 155 U.S. 482, 487 (1894).

This Court finds that it is lacking jurisdiction over this matter. Therefore, the appropriate step is to remand the matter to the Superior Court of California, in and for the County of Alameda, the court from which the matter was removed.

IT IS SO ORDERED.

DATED: _____                         _____
                                          Hon. Phyllis J. Hamilton
                                          Judge, United States District Court

CERTIFICATE OF SERVICE

I, Michael P. O'Bresly, hereby certify that on this the 11th of July, 2007, at approximately 2:00 p.m., I caused a true copy of this document, Regents' Proposed Order on Motion to Remand to State Court, to be transmitted to counsel of record for the defendant Indemnity Insurance Company of America Inc. via electronic mail.

Dated: July 11, 2007                                          /S/ Michael P. O'Bresly