1  Michael P. O'Bresly SBN 165512
   LAW OFFICE OF MICHAEL P. O'BRESLY
2  1300 Clay Street, 11th Floor
   Oakland, California 94612
3  Tel: (510) 350-8332
   Fax: (510) 255-2600
4
   Attorney for Plaintiff
5  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

6

7

8                    UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 THE REGENTS OF THE                    ) Case No.: C 07 2721 PJH
   UNIVERSITY OF CALIFORNIA,             )
12                                        )
                                          )
13          Plaintiff,                    ) **STIPULATION REGARDING**
                                          ) **CONTINUANCE OF DATE OF**
14    vs.                                 ) **HEARING ON INDEMNITY**
                                          ) **INSURANCE COMPANY's**
15                                        ) **MOTION TO TRANSFER**
   INDEMNITY INSURANCE                    )
16 COMPANY OF NORTH AMERICA,              )
   DOES 1 TO 20,                          )
17                                        ) **Assigned to the Honorable Phyllis J.**
          Defendants.                     ) **Hamilton**
18                                        )
                                          )
19 _____  )

20

21       The parties, by and through their respective counsel of record, hereby

   stipulate pursuant to Local Rule 7-7 (b) of the United States District Court for the
22
   Northern District of California that the hearing date on the Motion to transfer
23
   venue under 28 USC Section 1404, filed by defendant Insurance Indemnity
24

25

1  Company, may and shall be continued to August 15, 2007, in order to coincide

2  with the hearing on plaintiff Regents' Motion to remand.

3       The date for filing of any reply brief shall be calculated with reference to the

4  new hearing date.

5       Defendant further agrees that service of plaintiff's Motion for remand by

6  email transmitted prior to close of business on July 11 shall be accepted as if

7  service by hand on that date.

8

9

10  DATED: *July 11, 2007*

11                              Michael P. O'Bresly
                                Counsel for Plaintiff
12                              REGENTS OF THE
                                UNIVERSITY OF
13                              CALIFORNIA

14

15

16  DATED: *July 11, 2007*

17                              Rosa Eugenia Martinez
                                Counsel for Defendant
18                              INSURANCE INDEMNITY
                                COMPANY OF NORTH
19                              AMERICA, INC.

20

21

22

23

24

25