**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

August 9, 2007

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

**RE:  CV 07-2721 PJH, The Regents of the University of California v. Indemnity Insurance Company of North America**
**Your Case Number: RG07319960**

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

      (X)    Certified copies of docket entries

      (X)    Certified copies of Remand Order

      ()    Other

      Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg