Michael P. O'Bresly SBN 165512
LAW OFFICE OF MICHAEL P. O'BRESLY
1300 Clay Street, 11th Floor
Oakland, California 94612
Tel: (510) 350-8332
Fax: (510) 255-2600

Attorney for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>       Plaintiff,<br><br>  vs.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DOES 1 TO 20,<br><br>       Defendants. | Case No.: C 07 2721 PJH<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING REGENTS' MOTION FOR ATTORNEYS FEES AND COSTS INCURRED AS A RESULT OF REMOVAL**<br><br>**Hearing Date:** September 19, 2007<br>**Time:** 9:00 a.m.<br>**Courtroom:** 3<br><br>**Assigned to the Honorable Phyllis J. Hamilton** |

The Regents of the University of California successfully moved this Court for an order remanding this matter to State Court, which was granted on August 3, 2007. The Regents now request an Order for an award of its fees and costs incurred as a result of the removal under 28 U.S.C. § 1447(c). *See Moore v. Permanente Medical Group Inc.* (9th Cir. 1992) 981 F.2d 443.

Having reviewed the motion and the pleadings on the underlying motion to remand, the court finds that Indemnity lacked an objectively reasonable basis for removing this matter from

the state court on the basis of diversity of citizenship. *Martin v. Franklin Capital Corp.* (2005) 546 U.S. 132. The Court has also been presented with a Declaration demonstrating the attorneys and fees and costs incurred by the Regents as a result of this removal.

The Court hereby orders that Indemnity shall reimburse Regents its attorney's fees and costs in the amount of $ 5,155.90.

IT IS SO ORDERED.

_____
The Honorable Phyllis J. Hamilton
Judge, United States District Court

CERTIFICATE OF SERVICE

I, Michael P. O'Bresly, certify that on the 20th day of August, 2007, I caused to be transmitted to counsel of record for Indemnity Insurance Company a true copy of the foregoing document via e-mail.

/s/ *Michael P. O'Bresly*

Michael P. O'Bresly