1  Michael P. O'Bresly SBN 165512
   LAW OFFICE OF MICHAEL P. O'BRESLY
2  1300 Clay Street, 11th Floor
   Oakland, California 94612
3  Tel: (510) 350-8332
   Fax: (510) 255-2600
4
   Attorney for Plaintiff
5  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>           Plaintiff,<br><br>   vs.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DOES 1 TO 20,<br><br>           Defendants. | Case No.: C 07 2721 PJH<br><br>**STIPULATION REGARDING CONTINUANCE OF DATE OF HEARING ON REGENT's MOTION FOR COSTS AND FEES INCURRED AS A RESULT OF REMOVAL AND ORDER**<br><br>**Date Noticed:  September 26, 2007**<br><br>**Assigned to the Honorable Phyllis J. Hamilton** |

The parties, by and through their respective counsel of record, hereby stipulate pursuant to Local Rule 7-7 (b) of the United States District Court for the Northern District of California that the hearing date on the Motion for attorneys fees and costs in connection with removal under 28 USC Section 1447(c), filed by plaintiff The Regents of the University of California, may and shall be continued to

647839.1 Stipulation Regarding Continuance of Hearing on Motion for Costs
Regents of the University of California v. Indemnity Insurance Company
C07-02721 PJH
Page 1 of 2

1  **October 24, 2007**, in order to permit the parties to discuss certain issues pertaining
2  to the matters presented therein.
3      The date for filing of any reply brief shall be calculated with reference to the
4  new hearing date.

5

6  DATED: September 12, 2007　　　　　　　　　　/s/ *Michael P. O'Bresly*
7  　　　　　　　　　　　　　　　　　　　　　　　　　_____
8  　　　　　　　　　　　　　　　　　　　　　　　　　Michael P. O'Bresly
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
9  　　　　　　　　　　　　　　　　　　　　　　　　　REGENTS OF THE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNIVERSITY OF
10 　　　　　　　　　　　　　　　　　　　　　　　　　CALIFORNIA

11

12

13 　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Rosa Eugenia Martinez*
　　DATED: September 12, 2007　　　　　　　　　_____
14 　　　　　　　　　　　　　　　　　　　　　　　　　Rosa Eugenia Martinez
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
15 　　　　　　　　　　　　　　　　　　　　　　　　　INSURANCE INDEMNITY
　　　　　　　　　　　　　　　　　　　　　　　　　　COMPANY OF NORTH
16 　　　　　　　　　　　　　　　　　　　　　　　　　AMERICA, INC.

17

18
　　IT IS SO ORDERED.
19

20
　　DATED:　　　　　　　　　　　　　　　　　　　_____
21 　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Phyllis J. Hamilton

22

23

24

25
　　647839.1 Stipulation Regarding Continuance of Hearing on Motion for Costs
　　<u>Regents of the University of California v. Indemnity Insurance Company</u>
　　C07-02721 PJH
　　Page 2 of 2