Michael P. O'Bresly SBN 165512
LAW OFFICE OF MICHAEL P. O'BRESLY
1300 Clay Street, 11th Floor
Oakland, California 94612
Tel: (510) 350-8332
Fax: (510) 255-2600

Attorney for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DOES 1 TO 20,<br><br>Defendants. | Case No.: C 07 2721 PJH<br><br>**STIPULATION REGARDING CONTINUANCE OF DATE OF HEARING ON REGENT's MOTION FOR COSTS AND FEES INCURRED AS A RESULT OF REMOVAL AND ORDER**<br><br>Date Noticed: September 26, 2007<br><br>**Assigned to the Honorable Phyllis J. Hamilton** |

The parties, by and through their respective counsel of record, hereby stipulate pursuant to Local Rule 7-7 (b) of the United States District Court for the Northern District of California that the hearing date on the Motion for attorneys fees and costs in connection with removal under 28 USC Section 1447(c), filed by plaintiff The Regents of the University of California, may and shall be continued to

647839.1 Stipulation Regarding Continuance of Hearing on Motion for Costs
Regents of the University of California v. Indemnity Insurance Company
C07-02721 PJH
Page 1 of 2

**October 24, 2007**, in order to permit the parties to discuss certain issues pertaining to the matters presented therein.

The date for filing of any reply brief shall be calculated with reference to the new hearing date.

DATED: September 12, 2007                    /s/ *Michael P. O'Bresly*

_____
Michael P. O'Bresly
Counsel for Plaintiff
REGENTS OF THE
UNIVERSITY OF
CALIFORNIA

DATED: September 12, 2007                    /s/ *Rosa Eugenia Martinez*

_____
Rosa Eugenia Martinez
Counsel for Defendant
INSURANCE INDEMNITY
COMPANY OF NORTH
AMERICA, INC.

IT IS SO ORDERED.

DATED: 9/13/07                              _____
                                             Judge Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California (seal)*

647839.1 Stipulation Regarding Continuance of Hearing on Motion for Costs
Regents of the University of California v. Indemnity Insurance Company
C07-02721 PJH
Page 2 of 2